RACINE RUBBER COMPANY, Appellant, vs. INDUSTRIAL COM-
MISSION OF WISCONSIN and another, Respondents.

*April 27—May 15, 1917.*

*Workmen's compensation: Injury to employee eating lunch: Service
incidental to employment.*

An employee who, while eating his lunch in the factory of the em-
ployer in accordance with a custom tacitly consented to by the
latter, was injured by a pile of crude rubber falling upon him,
was at the time "performing service growing out of and inci-
dental to his employment," within the meaning of sub. (2), sec.
2394—3, Stats.

APPEAL from a judgment of the circuit court for Dane
county: E. RAY STEVENS, Circuit Judge. *Affirmed.*

For the appellant there was a brief by *Robert R. Freeman,*
attorney, and *Henry J. Bendinger,* of counsel, both of Mil-
waukee, and oral argument by *Mr. Bendinger.*

For the respondent *Industrial Commission* there was a
brief by the *Attorney General* and *J. E. Messerschmidt,* as-
sistant attorney general, and oral argument by *Mr. Messer-
schmidt.*

WINSLOW, C. J.     An employee of a manufacturing con-
cern was seated on a large piece of rubber in a room in the
factory at the noon hour eating his lunch, in accordance with
a long existing custom known by and tacitly consented to by
his employer, when a large pile of crude rubber near him un-
expectedly fell on him, breaking his leg.     The question pre-
sented in this case is whether he was at the time of the acci-
dent performing service "growing out of and incidental to
his employment" within the meaning of sec. 2394—3, Stats.
(the Workmen's Compensation Act).

This question must be answered in the affirmative on the
authority of *Milwaukee Western F. Co. v. Industrial Comm.*
159 Wis. 635, 150 N. W. 998.

*By the Court.*—Judgment affirmed, with costs against ap-
pellant in favor of respondent *Macaluso.*